UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ANNETTA M. HENDERSON                                           Case No. 14-32975-JKO
AKA ANNETTA MARIA HENDERSON

                                                                                                                                            Chapter 13

Debtor(s)
_____/

**OBJECTION BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE DEBTOR(S)**

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Creditor"), by and through its undersigned counsel, objects to confirmation of the Plan ("Plan") as proposed by the Debtor(s) and any future Plan(s) filed by the Debtor(s) to the extent that such Plan or Plans contain the provision(s) to which this Objection is directed.  In support of this Objection, the Creditor avers as follows:  Creditor holds a first mortgage lien on real property owned by the Debtor located at

      395 NW 177 STREET, 245, MIAMI, FL 33169.

1. The Creditor has filed a proof of claim which sets forth pre-petition arrearages due and owing in regards to the loan account.

2. The Plan fails to provide for payment of the full amount of these pre-petition arrearages through the Plan. The Creditor's claim provides for arrears in the amount of $918.29

3. The Debtor's Plan fails to adequately address the arrears due to JPMORGAN CHASE BANK, NATIONAL ASSOCIATION. To wit:  the Debtor(s) plan fails to account for any arrearages.

4. The plan fails to comply with 11 U.S.C. §1325 (a)(5) in that it does not provide adequate protection for Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

**WHEREFORE**, Creditor, JPMorgan Chase Bank, National Association**,** respectfully requests the Court deny confirmation of the proposed 1st Amended Plan and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** , that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

<u>/s/ Stefan Beuge, Esquire</u>
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded the either electronically or by US Mail to the following. March 5, 2015*

| | |
|---|---|
| ANNETTA M. HENDERSON<br>AKA ANNETTA MARIA HENDERSON<br>5731 SW 26 ST., #B<br>HOLLYWOOD, FL 33023 | ANDREW M. BELLINSON, ESQ.<br>10800 BISCAYNE BLVD # 925<br>MIAMI, FL 33161 |
| ROBIN R WEINER, (TRUSTEE)<br>POB 559007<br>FORT LAUDERDALE, FL 33355 | |

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com