**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **2nd**  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Annetta M. Henderson**    JOINT DEBTOR: _____    CASE NO.: **14-32975**
Last Four Digits of SS# **xxx-xx-5885**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **440.00** for months **01** to **60**;
- B. $ _____ for months _____ to _____;
- C. $ _____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00 + MTV: $750.00 Total: $4,250.00**    TOTAL PAID $ **1,700.00**
Balance Due $ **2,550.00**    payable $ **170.00** /month (Months **01** to **15**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **New World Condominium Assoc. AptInc**    Arrearage on Petition Date  $ **3,000.00**
   Address: **C/O Prestige Management Solutions, Inc.; 204501 NW 2 Avenue #306; Miami, FL 33169**    Arrears Payment $ **50.00** /month (Months **01** to **60**)
   Account No: **Account No: 245**    Regular Payment $ **180.00** /month (Months **01** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Greentree<br>7360 Soth Kyrene Rd.<br>T-213; Tempe, AZ 85283<br>Account No: 892410572 | Location: 5731 SW 26 St., #B, Hollywood FL 33023<br>$ 150,880.00 | 0% | $ 0.00 | 01 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ _____
Payable  $ _____ /month (Months __ to __)    Regular Payment $ _____

Unsecured Creditors: Pay $ **170.00** /month (Months **16** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  The Debtor shall make all contractual payments for (395 NW 177 Street, Apt 245, Miami, Florida 33169) to Chase Mortgage ending 2641. The Debtor shall make all contractual payments for (5731 SW 26th Street #B, Hollywood, Florida 33023) to Chase Mortgage ending 7464. The Debtor shall make all contractual payments for (2008 Hyundai Azera) to Space Coast Credit Union. THe Debtor will affirm the loan obligation held by (Chase Mortgage ending 2641, Chase Mortgage ending 7464 and Space Coast Credit Union).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Annetta M. Henderson**
**Annetta M. Henderson**
Debtor

Date: **April 5, 2015**